```
 1  MICHAEL L. SWAIN (133260)
    ROSS I. LANDAU (259260)
 2  SWAIN & DIPOLITO LLP
    555 East Ocean Boulevard, Suite 600
 3  Long Beach, California 90802
    Telephone:  (562) 983-7833
 4  Facsimile:  (562) 983-7835
    E-mail: mswain@swaindipolito.com
 5          rlandau@swaindipolito.com

 6  Attorneys for Defendants,
    OCEAN NETWORK EXPRESS (NORTH AMERICA) INC. and
 7  OCEAN NETWORK EXPRESS PTE., LTD.

 8                  UNITED STATES DISTRICT COURT

 9                 CENTRAL DISTRICT OF CALIFORNIA

10

11  FRESKA PRODUCE INTERNATIONAL, LLC, )  Case No. 2:20-cv-01171-
    a California limited liability     )  CBM-Ex
12  company,                           )
                                       )  Honorable Consuelo B.
13              Plaintiff,             )  Marshall
                                       )  Ctrm: 8B
14       vs.                           )
                                       )
15  OCEAN NETWORK EXPRESS (NORTH       )   ORDER RE: STIPULATION
    AMERICA) INC., a Virginia          )   FOR CONDITIONAL
16  corporation; OCEAN NETWORK EXPRESS )   DISMISSAL [JS-6
    PTE. LED., a business entity of    )
17  unknown form; GEODIS USA, INC., a  )
    Pennsylvania corporation; M/V      )
18  ALIOTH, her engines, tackle,       )
    boilers, etc., a Liberia flagged   )
19  vessel; M/V MOL MANEUVER, her      )
    engines, tackle, boilers, etc., a  )
20  Marshall Islands flagged vessel;   )
    M/V MOL MAGNIFICENCE, her engines, )
21  tackle, boilers, etc., a Marshall  )
    Islands flagged vessel; M/V MIZAR, )
22  her engines, tackle, boilers, etc.,)
    a Liberia flagged vessel; AFS      )
23  TRUCKING, INC., a California       )
    corporation; and DOES 1 through 10,)
24  inclusive,                         )
                                       )
25              Defendants.            )
    _____)
26

27

28  ///
```

- 1 -
[~~Proposed~~] Order re: Stipulation for Conditional Dismissal

1 | Based on the foregoing Stipulation, IT IS HEREBY ORDERED
2 | that the above-entitled action be and is hereby dismissed,
3 | subject to reopening within 60 days in the event settlement is
4 | not consummated.

6 | Each party to bear its own costs and attorneys's fees.

8 | DATED: OCTOBER 19, 2020

_____
UNITED STATES DISTRICT JUDGE

- 2 -
[~~PROPOSED~~] Order re: Stipulation for Conditional Dismissal